

U.S. Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway*

*Room 218*
*Albany, New York  12207*
*(518) 431-0247*

May 2, 2008

Roger Bruce Robare, Jr.
Inmate # 14540052
Albany County Jail
840 Albany Shaker Road
Albany, NY 12211

    Re:    **United States v. Roger Robare**   07-CR-373 (FJS)

Dear Mr. Robare:

    I was recently contacted by Mike Powell of ATf regarding the April 22, 2008 letter sent to him from you.  In response to your letter, regarding the sources of information utilized or referenced by him in making his determinations regarding the gun, he has provided me with the following materials:

(1)    Portions of "The Breechloading Shotgun In America, 1860-1940, Vol. I", by Joseph T. Vorisek;

(2)    Portions of "Side by Sides of the World for Y2k", by Charles Carder; and

(3)     A transcript of previous testimony given by Joseph T. Vorisek which Mr. Powell has.

    I am providing copies of these materials to you and Mr. Austin.

    Very truly yours,

    Glenn T. Suddaby
    United States Attorney

By:    /S/
    Robert A. Sharpe
    Assistant U.S. Attorney

Page 2
Roger Bruce Robare, Jr.
April 18, 2008


RAS/
Encls.

CC:   Hon. Frederick J. Scullin, Jr.
      Senior U.S. District Court Judge
      (Without enclosures)

      Timothy E. Austin, Esq.
      Assistant Federal Public Defender (stand-by counsel)
      (Enclosures sent via mail)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.

                                       Case No. 07-CR-373 (FJS)

ROGER ROBARE,

          Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed this letter on May 2, 2008. Email notification was sent to standby counsel:

      Timothy E. Austin, Esq.
      Assistant Federal Public Defender

      A copy of the letter along with the enclosures was mailed to the Defendant, Roger Robare, at the address set forth below:

      Roger Bruce Robare, Jr.
      Inmate # 14540052
      Albany County Jail
      840 Albany Shaker Road

      The government also mailed a copy of the letter along with the enclosures to Mr. Austin.

                                        /S/
                                      Robert A. Sharpe
                                      Assistant U.S. Attorney
                                      Bar Roll No. 302573