Albany County
Correctional Facility
840 Albany Shaker Road
Albany, NY 12211-1088

Mr. Michael C. Powell
Firearms Enforcement Officer
U.S. Dept. of Justice
Bureau of Alcohol, Tobacco, Firearms
Firearms Technology Branch
244 Needy Road
Martinsburg, WV

Roger Robare, Pro Se
08-01474
Name:
P.O. Box 143
Jamesville, New York 13078

Pro Se Litigant
Legal Mail
[Confidential]

Roger Robare, Pro Se
Albany County Corr. Fac.
840 Albany Shaker Rd.
Albany, N.Y. 12211

April 22, 2008

Mr. Michael C. Powell,
Firearms Enforcement Officer
U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Firearms Technology Branch
244 Needy Road
Martinsburg, WV 25401

Re:  UI# 765010-07-0078
     FTB# 2008-202-MCP

Re:  United States v. Roger Robare
     Case No. 07-CR-373 (FJS)

Dear Mr. Powell:

I am the defendant pro se in the above-referenced case presently pending in the Northern District Court here in the State of New York. The Honorable Frederick J. Scullin is presiding over this case, and I'm sure he will verify my status.

ROBARE, R
4/22/08
PAGE 2

This letter concerns a "Report of Technical Examination" which you apparently authored on the 29th day of February, 2008. And sent to Special Agent Mark Meeks.

The Report involves an "Armory Gun Co.; 16 gauge, single-barrel shotgun, serial number 58835 (suspected weapon made from a shotgun)." Therein, you claim your "examination and research indicate[d] that Exhibit 1 [said shotgun] was manufactured in 1899."

While I may, I'd rather not ask Judge Scullin to subpoena the documents/records/sources of the information you're basing your claim that said shotgun was manufactured in 1899 upon. I'd rather not ask Judge Scullin to subpoena you should you fail to divulge your source. However, the government has previously identified the shotgun — — in its "Plea Agreement" proposal — — as having serial # 58355, and the date of manufacture is <u>not</u> 1899. I'd like confirmation that the shotgun you examined did have serial # 58835. And, I'd like you to reveal how you were able to ascertain that it was manufactured in 1899?

Also, my research indicates the ,16 gauge shotgun which you claim you examined was sold by H & D Folsom Sporting Goods, here in New York; that it was sold in 1903. Are my sources regarding where and when it was

ROBARE, R.
4/22/08
PAGE 3

SOLD CORRECT?

   I DO NOT FORSEE A PROBLEM STIPULATING YOUR INFORMATION/SOURCE CORRECT SO LONG AS I MAY SEE/EXAMINE SUCH.

   THANK YOU FOR YOUR TIME AND CONSIDERATION.

RESPECTFULLY,
Roger B. Robare
ROGER B. ROBARE, JR
DEFENDANT, PRO SE


CC/RBR FILE